

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2020

No. 04-19-00208-CV

J.K. **IVEY**,
Appellant

v.

**TODD MARQUARDT LAW FIRM**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI24208
The Honorable Monique Diaz, Judge Presiding

# O R D E R

By order dated May 23, 2019, we abated this appeal upon proof that appellee filed a voluntary petition for bankruptcy. Tex. R. App. P. 8.2. The appeal and all appellate timelines were suspended, and the appeal was closed for administrative purposes pending a request for reinstatement or severance. We subsequently received notice that appellee's bankruptcy proceeding was dismissed on November 25, 2019. By order dated January 7, 2020, we reinstated this appeal and set an appellate deadline for appellee's brief.

On January 20, 2020, we received a Notice of Settlement from appellee's counsel notifying the court that the parties reached a settlement. However, neither party has filed a motion to voluntarily dismiss this appeal in accordance with Texas Rule of Appellate Procedure 42.1. *See* Tex. R. App. P. 42.1. Appellee's brief remains due.

Accordingly, we ORDER the parties to file a motion to dismiss this appeal in accordance with Texas Rule of Appellate Procedure 42.1 on or before **March 17, 2020**. *Id.* If a motion to dismiss pursuant to Texas Rule of Appellate Procedure is not filed, appellee's brief is due on or before **March 17, 2020**. If appellee's brief is not filed, this appeal will be set for submission without an appellee's brief.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2020.



Michael A. Cruz,
Clerk of Court